UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCELLUS A. JONES, | : No.  4:18-CV-02353 |
| Plaintiff, | : (Judge Brann) |
| vs. | : |
| MICHAEL WENEROWICZ, et al. | : |
| Defendants. | : |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($         ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   judgment is entered in favor of Defendants Wenerowicz, Hammond, Brittain, White, Sorber, Albert, Moser, Young, Dowd, O'Kane, Boyce and Newberry.

This action was:

\_\_\_\_ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 8/19/2022 Memorandum Opinion and Order.


Dated: 8/19/2022           Peter Welsh, Clerk of Court
                           By: s/Lisa A. Gonsalves, deputy