AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Jones | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:18-CV-02353 |
| Eidem et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final judgment is entered in favor of Defendants on all remaining claims in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Matthew W. Brann on 1/31/2025 Order (Doc. 214)

Date: January 31, 2025

CLERK OF COURT

s/ E. Aikey

*Signature of Clerk or Deputy Clerk*